**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-60346-CV-MIDDLEBROOKS/Augustin-Birch

MAURA C. SALES-MENDEZ,

      Petitioner,

v.

ASSISTANT DIRECTOR, U.S. DEPARTMENT OF HOMELAND SECURITY,
IMMIGRATION AND CUSTOMS ENFORCEMENT, AND ENFORCEMENT AND
REMOVAL OPERATIONS, MIAMI FIELD OFFICE, et al.,

      Respondents.

_____/

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE comes before the Court on Magistrate Judge Augustin-Birch's Report and

Recommendations ("Report"), issued on February 25, 2026. (DE 10).  The Report recommends

granting Petitioner Sales-Mendez's petition for habeas corpus relief pursuant to 28 U.S.C. § 2241.

(*Id.*).  Respondent did not file objections to the Report, and the deadline to do so has expired.

Upon review of the Report and the record as a whole, I agree with Magistrate Judge

Augustin-Birch's conclusions. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Augustin-Birch's Report (DE 10) is hereby **ADOPTED.**

(2) Petitioner's Petition for Habeas Corpus pursuant to 28 U.S.C. § 2241 (DE 1) is

    **GRANTED**, as set forth in the Report, insofar as it seeks an immediate bond hearing.

(3) Accordingly, Respondent shall either afford Petitioner an individualized bond hearing

    before an immigration judge **within 7 days of entry of this Order**, or release Petitioner.

(4) Petitioner may file a timely motion for attorney's fees and costs pursuant to the Equal

    Access to Justice Act, if appropriate.

(5) The Clerk of Court shall **CLOSE THIS CASE** and deny any other pending motions **AS**

**MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this _13_ of March, 2026.

Donald M. Middlebrooks
United States District Judge

Copies to:   Magistrate Judge Augustin-Birch;
            Counsel of Record;

2